U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 2 2017

TONY R. MOORE  CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 6:17-cr-00036 |
|---|---|
| VERSUS | JUDGE DRELL |
| COURTNEY LYNN DAIGLE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Courtney Lynn Daigle, is ACCEPTED and she is finally adjudged guilty of the offenses charged in Count 1 and Count 8 of the Indictment, consistent with the report and recommendation.

Alexandria, Louisiana, this 22nd day of November, 2017.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT